ORIGINAL

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GA
STATESBORO DIVISION

IN RE Matthew Washington
VS.
Judge A.A. ALAIMO ET RL.,
CASE NO.
CV695-104

MOTION FOR NUNC PRO TUNC
+ RECUSAL(S)
COME NOW MATTHEW WASHINGTON
AND MOVES THIS COURT FOR
NUNC PRO TUNC.

AND MOVES THIS COURT FOR
RECUSAL OF ALL JUDGES
WHO ARE DEFENDANTS IN
THIS MATTER.

SUBMITTED
THIS 21 DAY OF FEBRUARY
2003

Matt Wash
MATTHEW WASHINGTON
EF107803 GA STATE PRISON
100 GA. HWY 147
REIDSVILLE, GA
30499

42