ORIGINAL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

MATTHEW WASHINGTON, )
)
    Plaintiff, )
)
v. )    Case No. CV695-104
)
ANTHONY A. ALAIMO, et al., )
)
    Defendants. )

## <u>O R D E R</u>

Plaintiff has filed a "motion for nunc pro tunc and recusal(s)," requesting that all judges who are defendants in this matter be recused. This matter was dismissed with prejudice on May 17, 1996. Plaintiff's motion is DENIED.

**SO ORDERED** this _3rd_ day of March, 2003.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

44

# United States District Court
## *Southern District of Georgia*

Matthew Washington

                     )

vs                    )      CASE NUMBER   CV695-104

Anthony A Alaimo, et al.

                     )      DIVISION         STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.     Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.     That the aforementioned enveloped contained a copy of the document dated 03/03/03 , which is part of the official record of this case.

Date of Mailing.       03/03/03

Date of Certificate       [X] same date,     or _____

Scott L. Poff, Clerk

By _____

Deputy Clerk

Name and Address

Matthew Washington, Georgia State Prison, EF107803, 100 GA Highway 147, Reidsville, GA 30499-9701

[X] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate