IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2010 APR 20  AM 10: 58

| | |
|---|---|
| MATTHEW WASHINGTON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV695-104 |
| HONORABLE ANTHONY A. ALAIMO, et al., | ) |
| Defendants. | ) |

### O R D E R

Before the Court is Plaintiff Matthew Washington's Motion for Reconsideration. (Doc. 50.) Therein, Plaintiff claims that his case was never served on Defendants, in violation of the Due Process Clause of the United States Constitution. (Id.) After careful consideration, the Court sees no merit in Plaintiff's contention and finds no reason to disturb its prior Order. Accordingly, the Motion for Reconsideration is **DENIED**.

SO ORDERED this 20th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA