UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
(STATESBORO)

PLAINTIFF
HOLY REV. MATTHEW WASHINGTON - PRO SE
DEFENDANTS V.          CASE # CV 695-104
JUDGE A.A. ALAIMO ET AL

## MOTION TO APOLOGIZE

COME NOW HOLY REV. MATTHEW WASHINGTON AND APOLOGIZE TO THIS COURT AND ALL DEFENDANTS IN THE ABOVE CAPTIONED CASE AND I APOLOGIZE TO THE AMERICAN PEOPLE FOR FILING THAT MOTION KISS MY ASS...
SINCE I GAVE JESUS CHRIST MY HEART; SEE: REVELVATION 3:20 IN THE HOLY BIBLE. I LET JESUS IN MY HEART AND HE HAS CHANGED ME FOR THE BETTER; BECAUSE; "CHRIST BELIEVED IS SALVATION RECEIVED."

RESPECTFULLY SUBMITTED
THIS 23RD DAY OF MARCH 2011

Matthew Wash

MATTHEW WASHINGTON
G.D.C. # 390995  GA STATE PRISON
2164 GA HWY 147
REIDSVILLE, GA 30499-9701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I MAILED a COPY OF THE SAID MOTION TO APOLOGIZE TO THE SAID DEFENDANTS VIA THE CLERK OF COURT WITH PROPER POSTAGE AND HANDLING TO:

OFFICE OF THE CLERK
P.O. BOX 8286
SAVANNAH, GA 31412

*Matte Wolf*
HOLY REV. MATTHEW WASHINGTON
GA STATE PRISON
REIDSVILLE, GA

HOLY REV. MATTHEW WASHINGTON
G.D.C. #390995  GA STATE PRISON
2164 GA HWY 147
REIDSVILLE, GA
   30499-9701



OFFICE OF THE CLERK, U.S. cts.
P.O. BOX 8286
SAVANNAH, GA 31412