IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MATTHEW WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV695-104 |
| ) | |
| JUDGE A. A. ALAIMO; CHIEF JUDGE ) | |
| A. AVANT EDENFIELD; JUDGE DUDLEY ) | |
| H. BOWEN, JR.; DISTRICT JUDGE ) | |
| WILLIAM T. MOORE, JR.; ) | |
| W. OWENS; MAGISTRATE JUDGE JAMES ) | |
| E. GRAHAM; and JUDGE C. W. HICKS, ) | |
| JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court are Plaintiff's "Motion for Recual and Reconsideration" [1] (Doc. 52) and "Motion to Apologize" (Doc. 53). This case was originally closed on May 17, 1996. (Doc. 33.) The Eleventh Circuit dismissed Plaintiff's appeal in April 2003 (Docs. 46-47), which was the last activity in this case before Plaintiff first moved for reconsideration in January 2010 (Doc. 50). After careful consideration, the Court can discern no grounds for relief and sees no reason to disturb its prior order. Accordingly, both motions are **DENIED**.

SO ORDERED this 29th day of March 2011.

*[signature]*

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This caption is quoted exactly as it appears in Plaintiff's motion.