IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MATTHEW WASHINGTON,           )
                              )
     Plaintiff,               )
                              )
v.                            )      CASE NO. CV695-104
                              )
JUDGE A.A. ALAIMO; JUDGE A.   )
AVANT A. AVANT EDENFIELD;     )
JUDGE DUDLEY H. BOWEN, JR.;   )
DISTRICT JUDGE WILLIAM T.     )
MOORE, JR.; W. OWENS;         )
MAGISTRATE JUDGE JAMES E.     )
GRAHAM; JUDGE C.W. HICKS,     )
JR.;                          )
                              )
     Defendants.              )
                              )

## ORDER

Before the Court are Plaintiff's two Motions to Reconsider. (Doc. 56; 58.) On May 17, 1996, this case was dismissed following Plaintiff's repeated abusive and frivolous filings. Pursuant to the Court's order on that date, Plaintiff was enjoined from filing further lawsuits in this or any other federal district court without providing a $120.00 filing fee, a $1,500.00 contempt bond, a signed affidavit accompanying his complaint, and a photocopy of that order. (Doc. 31 at 12-13.) In his present motions, Plaintiff asks the court to remove these requirements because he has "learned not to play with the courts like that." (Doc. 56 at 1; Doc. 58 at 1.) After

careful consideration, the Court can find no reason to disturb its prior order. Accordingly, Plaintiff's motions are **DENIED**.[1] This case remains closed.

SO ORDERED this 8th day of July 2015.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Plaintiff's Motions to Reconsider are denied, Plaintiff's Motion to Amend (Doc. 57) is **DISMISSED AS MOOT.**

2